**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**<u>NOTICE</u>**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CASE NO.: 1:21-CR-00145 \*SEALED\*** |
| v. | : | |
| | : | (Judge Conner) |
| **JEOVANNY SHULTZ**, | : | |
| | : | (Magistrate Judge Schwab) |
| Defendant | : | |

Type of Case:

( ) Civil        (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **<u>SCHEDULED</u>** for the place, date and time set forth below:

**U. S. Courthouse**                     **\*\*\*VIA ZOOM VIDEOCONFERENCE\*\*\***
**Federal Building**
**228 Walnut St.**                       **DATE: August 12, 2021**
**Harrisburg, PA 17108**                 **TIME: 1:30 p.m.**

TYPE OF PROCEEDING:   **INITIAL APPEARANCE/ARRAIGNMENT (Indictment)**

Peter J. Welsh, Clerk of Court
*s/ K. McKinney*
K. McKinney, Deputy Clerk

DATED:  August 2, 2021

To:   AUSA Consiglio, Deft Cnsl White, Deft (via cnsl), USP, USM, N. Franz (SCI Mercer)